IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01862-RPM

HENRY J. BURBACK,

      Plaintiff,

v.

CEVA FREIGHT, LLC., and
CEVA LOGISTICS U.S., INC.,

      Defendants.

**Minute Order Entered by Senior Judge Richard P. Matsch:**


s/M. V. Wentz
 Secretary


      Defendants' unopposed motion to vacate the January 10, 2012, scheduling conference is granted.  The conference is **rescheduled for January 31, 2012, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel shall submit the proposed scheduling order in paper form directly to chambers on or before **January 26, 2012.**


DATED: December 12, 2011