IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01862-RPM

HENRY J. BURBACK,

      Plaintiff,

v.

CEVA FREIGHT, LLC., and
CEVA LOGISTICS U.S., INC.,

      Defendants.

---

ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER

---

      Upon review of Plaintiff's Motion to Amend the Scheduling Order to Allow One Day Extension to Disclose Expert [14] filed June 12, 2012, it is

      ORDERED that the motion is granted and the Scheduling Order is amended such that the initial expert witness disclosures were due on or before May 31, 2012, and Plaintiff's expert disclosure previously served is allowed.

      Dated:   June 13th, 2012

                                               BY THE COURT:

                                               s/Richard P. Matsch

                                               _____

                                               Richard P. Matsch, Senior District Judge