IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01862-RPM

HENRY J. BURBACK,

    Plaintiff,

v.

CEVA FREIGHT, LLC; and
CEVA LOGISTICS U.S., Inc.,

    Defendants.

_____

**ORDER RE: JOINT MOTION TO AMEND THE SCHEDULING ORDER TO EXTEND THE DISCOVERY CUT-OFF AND DISPOSITIVE MOTION DEADLINES**
_____

Upon review of the parties' Joint Motion to Amend the Scheduling Order to Extend the Discovery Cut-Off and Dispositive Motion Deadlines [16] filed August 16, 2012, it is

ORDERED that the Joint Motion is GRANTED, and the Scheduling Order, Section 7(b) and (c) shall be amended such that the Discovery Cut-off shall be on October 1, 2012, and the Dispositive Motion deadline shall be on November 1, 2012.

DATED: August 16th, 2012

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior District Judge