## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01862-RPM

HENRY J. BURBACK,

    Plaintiff,

v.

CEVA FREIGHT, LLC; and
CEVA LOGISTICS U.S., INC.,

    Defendants.

_____

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER TO PLAINTIFF'S COMPLAINT AND JURY DEMAND**
_____

    Upon review of Defendants' Unopposed Motion for Leave to File First Amended Answer to Plaintiff's Complaint and Jury Demand [18] filed October 2, 2012, it is

    ORDERED that the motion is granted and the First Amended Answer to Plaintiff's Complaint and Jury Demand attached thereto is accepted for filing.

    DATED: October 3, 2012.

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior District Judge