## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date: May 14, 2013
Courtroom Deputy: J. Chris Smith
FTR Technician: Bernique Abiakam

---

Civil Action No. 11-cv-01862-RPM

HENRY J. BURBACK,                                         Susan R. Hahn

       Plaintiff,

v.

CEVA FREIGHT, LLC, and                          David D. Powell, Jr.
CEVA LOGISTICS U.S., INC.,                    Austin E. Smith

       Defendants.

---

## COURTROOM MINUTES
---

**Hearing on Pending Motions**

**2:29 p.m.**        **Court in session.**

Court's preliminary remarks and states its understanding of the case facts.

**ORDERED:**     **Defendants' Opposed Motion to Strike Affidavits of Terry Unrein, Fred Ivan, and Henry Burback [29], is denied.**

2:36 p.m.        Argument by Mr. Powell.
2:50 p.m.        Argument by Ms. Hahn.
3:04 p.m.        Rebuttal argument by Mr. Powell.
3:09 p.m.        Further argument by Ms. Hahn.

**ORDERED:**     **Defendants' Motion for Summary Judgment [22], is taken under advisement.**

**3:11 p.m.**        **Court in recess.**

Hearing concluded. Total time: 42 min.